# NO. 12-08-00319-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| | § | |
| *IN RE: MICHAEL KENNEDY,* | | |
| *RELATOR* | § | *ORIGINAL PROCEEDING* |
| | § | |

## *MEMORANDUM OPINION*

In this original mandamus proceeding, Michael Kennedy asks that this court dismiss his appellate counsel or, alternatively, order the trial court to rule on his motions to dismiss his appellate counsel and allow him to represent himself.

Kennedy has filed multiple motions in the trial court and in this court requesting dismissal of his appellate counsel and permission to represent himself. On July 16, 2008, we remanded the case to the trial court, and ordered the trial court to conduct a hearing on the issue of Kennedy's self representation. The trial court has now made its ruling, rendering Kennedy's mandamus petition moot. Accordingly, Kennedy's petition for writ of mandamus is ***dismissed***.

    **JAMES T. WORTHEN**
Chief Justice

Opinion delivered September 3, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)